# UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)   VEDA CARTER, as Special Administrator for the Estate of COREY CARTER, deceased,<br><br>              Plaintiff,<br><br>v.<br><br>(2)   MCCURTAIN COUNTY JAIL TRUST, *et al*.<br><br>              Defendants. | Case No.: 16-CIV-008-JHP |

## Plaintiff's Motion for Relief from Protective Order
### [Docket No. 62]
### Exhibits 3 – 8
### (Filed Under Seal)

Respectfully submitted,

BRYAN & TERRILL

*s/J. Spencer Bryan*
J. Spencer Bryan, OBA No. 19419
BRYAN & TERRILL LAW
9 East 4th St., Suite 307
Tulsa, OK 73105
Telephone:   (918) 935-2777
Facsimile:    (918) 935-2778
Email: jsbryan@bryanterrill.com
*Attorney for Veda Carter, Special Admin. for the Estate of Corey Carter*