IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

```
VEDA CARTER, as Special           )
Administrator for the Estate      )
of COREY CARTER, deceased,        )
                                  )
            Plaintiff,            )
                                  )
v.                                )  Case No. CIV-16-008-KEW
                                  )
MCCURTAIN COUNTY JAIL TRUST;      )
MCCURTAIN COUNTY BOARD OF         )
COUNTY COMMISSIONERS;             )
CARL HALL, in his individual      )
capacity; HARRY FLOWERS, in       )
his individual capacity;          )
ROBERT BILLY, in his individual   )
capacity; ROBERT PURCELL,         )
in his individual capacity;       )
WES NICHOLSON, in his             )
individual capacity; CHAD DALE,   )
in his individual capacity;       )
ROBERT CAVINDER, in his           )
individual capacity; and          )
JONATHON HILL, in his             )
individual capacity,              )
                                  )
            Defendants.           )
```

**O R D E R**

This matter comes before the Court on the Motion for Leave to Intervene [and] Application to Unseal Judicial Records filed by Thomson Reuters (Markets) LLC on November 27, 2017 (Docket Entry #112). Reuters, a news organization, seeks to intervene in this closed action for the limited purpose of requesting that certain documents be unsealed for its review. Reuters asserts that it has reported extensively on the use of Tasers and resulting fatalities and seeks the information to assist it in its reporting.

A review of the case file reveals that no interested party has

responded to the Motion and Application within the time required by this Court's local rules, despite receiving notice of the pendency of these filings. EDOK LCvR 7.1(d). As a result, the relief requested by Reuters is deemed confessed.

Reuters will be permitted to intervene to challenge the restriction of access to the sealed documents in question. Fed. R. Civ. P. 24(b); *See also* United Nuclear Corp. v. Cranford Ins. Co., 905 F.2d 1424, 1427 (10th Cir. 1990). Having intervened, Reuters contends it should have access to the sealed Exhibits Nos. 3-8, inclusive, represented in Docket Entry #63. This Court has considered the criteria to justify the continued sealing of these documents under the rubric established in United States v. Pickard, 733 F.3d 1297, 1302-05 (10th Cir. 2013). Based upon the factors set out in that binding authority, this Court finds the referenced documents should be unsealed and access to the documents should be given to Reuters.

IT IS THEREFORE ORDERED that the Motion for Leave to Intervene filed by Thomson Reuters (Markets) LLC on November 27, 2017 (Docket Entry #112) is hereby **GRANTED**. Reuters is permitted to intervene in this action for the limited purpose of challenging the sealed status of Exhibit Nos. 3-8 of Docket Entry #63.

IT IS FURTHER ORDERED that the Application to Unseal Judicial Records filed by Thomson Reuters (Markets) LLC contained in the same filing is hereby **GRANTED**. The Clerk is directed to provide

hard copies of Exhibit Nos. 3-7 of Docket Entry #63 to counsel for Reuters, after submission of the required payment for the cost of copying.  Exhibit No. 8 is an audio recording.  Reuters' counsel shall contact the Clerk of this Court and make arrangements for the copying of this exhibit.

    IT IS SO ORDERED this 13th day of December, 2017.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE